**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 97-1780**

———————

EDWARD G. TINSLEY,

                    Plaintiff - Appellant,

    versus

UNITED STATES OF AMERICA,

                    Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Andre M. Davis, District Judge. (CA-97-1333-AMD)

———————

Submitted:  August 28, 1997    Decided:  September 12, 1997

———————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Edward G. Tinsley, Appellant Pro Se.  Larry David Adams, Assistant United States Attorney, Greenbelt, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing his suit filed under the Federal Tort Claims Act, 28 U.S.C. § 1346 (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Tinsley v. United States</u>, No. CA-97-1333-AMD (D. Md. May 8, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>